UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYLERA PHARMACEUTICALS, LLC,<br><br>Defendant. | No. 1:16-cv-00378 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff ARcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic, by and through counsel, hereby dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 7, 2016

Respectfully submitted,

By: /s/ Janet Ward Black
Janet Ward Black (NC Bar No. 12869)
Megan E. Kunz (NC Bar No. 47874)
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: (336) 333-2244

Randall K. Pulliam, Esq.
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff ARcare*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                          */s/ Janet Ward Black*
                                          JANET WARD BLACK